```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ABC,                                                                   :
                                                                       :
                        Plaintiff,                                     :
                                                                       :     22 Misc. 174 (JPC)
          -v-                                                          :
                                                                       :     ORDER
DEF,                                                                   :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a conference to hear argument on proposed Intervenor Eugene Volokh's motion to intervene and unseal, Dkt. 7, on July 13, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Counsel for Plaintiff and proposed Intervenor shall attend, and the Court welcomes participation from law students of the Yale Law School Media Freedom & Information Access Clinic, provided they are supervised by an attorney admitted to practice in this District.  In the event any law student wishes to appear at the conference, a Law Student Intern Appearance Form is available on the Court's website at https://nysd.uscourts.gov/sites/default/files/2018-06/lawstudentinternappearanceform.pdf.

SO ORDERED.

Dated: May 4, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge