**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X:
                  :

ABC,                             :
                  :
         Plaintiff,   :
                  :       Case No. 22-mc-00174-JPC
     - against -         :
                  :
DEF,                          :
                  :
        Defendant.  :
                  :
------------------------------------------------------------X:

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Rachel E. Davidson hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for proposed intervenor Eugene Volokh in the above-captioned action.

I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: May 31, 2023                    Respectfully submitted,

_____

Rachel E. Davidson
MEDIA FREEDOM & INFORMATION ACCESS
   CLINIC
ABRAMS INSTITUTE
YALE LAW SCHOOL

1

2

P.O. Box 208215
New Haven, CT 06520
Tel: (617) 800-7842
Email: rachel.davidson@yale.edu

2